UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
Southern Division

FILED (I)

2005 SEP -7 P 1:53

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the Matter of:

Tonja Bagwell

Bankruptcy No: 05-59723-T
Chapter 7

_____Debtor(s)

## ORDER TO SHOW CAUSE
## ON DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE

The files and records of the above-entitled case reveal the debtor has failed to pay the balance of filing fee in the amount of $ 49.00** as ordered by the Court pursuant to 28 U.S.C. Section 1930 and Bankruptcy Rule 1006.

This is to notify you that a hearing will be held on September 21, 2005 at 9:00 AM in Room 1925, 211 W. Fort St, Detroit, Michigan 48226, to show cause why the case should not be dismissed pursuant to Bankruptcy Rule 1017(b)(1) and 11 U.S.C. Section 109(g)(1).

The debtor and the attorney for the debtor must appear at this hearing, unless the fees are paid in full prior to the hearing date. Notice must be given to the courtroom deputy that the fee has been paid. **If the fee is not paid prior to the hearing date and if the debtor and attorney for debtor fail to appear at this hearing, the case may be dismissed.**

Dated: 9/07/05

_____
United States Bankruptcy Judge

### CERTIFICATE OF MAILING

I hereby certify that on 9/07/05, a copy of this document was mailed to the debtor, the debtor's attorney, and the trustee at their respective addresses appearing in the records of the Court.

Dated: 9/07/05

_____
Deputy Clerk

**Effective October 1, 1998, NO PERSONAL CHECKS will be accepted. Payments submitted to the clerk must be cash, cashiers' check or money order. The only checks that will be accepted are business checks from attorneys and non-debtor businesses.

Revised 5/22/03

05-59723-tjt    Doc 17    Filed 09/07/05    Entered 09/08/05 20:07:24    Page 1 of 1